```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

**DONNA J. JOHNSON,**

       **Plaintiff,**

  vs.                                                Civil Action 2:14-cv-925
                                                            Judge Marbley
                                                            Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## ORDER

    On June 12, 2015, the United States Magistrate Judge recommended that the decision of the Commissioner of Social Security be affirmed and that this action be dismissed. *Report and Recommendation*, ECF 20. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been no objection.

    The *Report and Recomndaiton*, ECF 20, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner of Social Security is **AFFIRMED**.

    This action is hereby **DISMSISED**.

    The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

                                                          s/Algenon L. Marbley
                                                           Algenon L. Marbley
                                                    United States District Judge